**FULL NAME:** Matthew Lee Carroll

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 5501 North LaPalma Rd., Eloy Az 85131

**PRISON NUMBER (if applicable):** BE-1109

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Matthew Carroll

PLAINTIFF,

v.

Adam Rios

DEFENDANT(S).

**CASE NUMBER:** 2:18-CV-02799 MWF
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

on (date or dates) _____, _____, _____.
                               (Claim I)              (Claim II)            (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Adam Rios_____ resides or works at
   (full name of first defendant)
   __Torrance Police Department_____
   (full address of first defendant)
   __Patrol officer    badge #20485_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Mr Rios used excessive force which resulted with me sustaining a "Coronoid Plateau Fracture and a Dislocated Left Elbow.__

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

D. CLAIMS*

**CLAIM I**

The following civil right has been violated:

I believe it is my Fourth Amendment Rights that have been violated. From the literature I have available to me, I believe Fourth Amendment includes my right to be free from physical harm

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

On 4-3-2017, Adam Rios, while employed by Torrance P.D. as a patrol officer, injured me severely enough that a surgery is required to correct the damage to my left elbow. I suffered a dislocated elbow and a "Coronoid Plateau Fracture" (also lft. elbow). This happened after I was on the ground and in a prone position. This was verified by Mr Rios own incident report which I have already provided a copy of to the court. Also, there is a Dr. Gutierrez employed at L.A. County Jail who is an Orthopedic Specialist. He wrote a report which is on their files that states his opinion on my injury. He stated that my type of injury only occurs when the arm is twisted intentionally beyond the natural range of motion and it is typical in cases of excessive force by law enforcement. That medical file also contains numerous x-rays showing the damage

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

I believe I am entitled to have my medical expenses covered for all future necessary procedures (consults, surgeries, follow-ups, etc.) and all rehabilitation deemed necessary by a medical professional.

Also I believe that since this incident took place, I have been in pain everyday and will continue to be in pain until I can get the necessary medical procedures to repair my elbow, I feel I'm entitled monetary compensation in the amount that the Court deems appropiate.

Thank you for your consideration and assistance with this matter.

8·24·2018
(Date)

_____
(Signature of Plaintiff)

Carroll, M. #BE1109
N/C 115 low
5501 North LaPalma Road
Eloy, Az. 85131

US POSTAGE $00.50
Mailed From 85131
08/28/2018
031A 0005181458

MWF

United States District Court
312 N. Spring St. Rm. G-8
Los Angeles, CA
90012

CLERK, U.S. DISTRICT COURT
AUG 31 2018
CENTRAL DISTRICT OF CALIFORNIA
BY



Mc C. Clements

Seaceo CA 8/27/18

MAIL—ED FROM LA PALMA
CORRECTIONAL CENTER