UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:18-cv-02799-MWF (MAA)** | Date: **September 4, 2019** |
| Title **Matthew Carroll v. City of Torrance et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order Regarding Plaintiff's Settlement Officer Selection

On August 19, 2019, the Court issued a Scheduling Order regarding discovery and pretrial motions. ("Order," ECF No. 38.) Among other deadlines, the Order required each party to file and serve his settlement officer selection on or before September 3, 2019. (*Id.* at 1, 5.)

Defendant Adam Rios ("Defendant") filed a Selection of Settlement Officer on September 3, 2019. (Def.'s Status Report, ECF No. 39.)

To date, Plaintiff Matthew Carroll ("Plaintiff") has not filed a settlement officer selection. Plaintiff is **ORDERED TO SHOW CAUSE** by **October 4, 2019** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order. If Plaintiff files his settlement officer selection on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to respond to this Order will result in a recommendation that the lawsuit be dismissed.** *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

| | |
|---|---|
| **Time in Court:** | 0:00 |
| **Initials of Preparer:** | CSI |