
PATRICK Q. SULLIVAN (#179922)
City Attorney
TATIA Y. STRADER (#198735
Assistant City Attorney
**DELLA THOMPSON-BELL (#224846)**
**Deputy City Attorney**
3031 Torrance Blvd.
Torrance, CA  90503-5059
Telephone: (310) 618-5810
Direct Dial: (310) 618-2745
Fax: (310) 618-5813

**Attorney for Defendant**
City of Torrance Former Employee
**ADAM RIOS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW CARROLL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM RIOS,<br><br>　　　　Defendant. | CASE NO. 2:18-CV-02799-MWF(MAA)<br><br>Hon. Michael W. Fitzgerald<br>Courtroom 5A – First Street<br><br>Hon. Maria A. Audero, Magistrate Judge<br>Courtroom 690 – Roybal<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>*Complaint filed: August 31, 2018* |

///
///
///

IT IS HEREBY STIPULATED by and among the parties hereto, Plaintiff MATTHEW CARROLL, In Pro Se, and Defendant ADAM RIOS, by and through their respective counsel of record, that this matter be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(1), as to all defendants. The Parties to this stipulation hereby waive any right to seek any costs and attorney fees.

Dated: November 5, 2019

PATRICK Q. SULLIVAN
City Attorney

By: _____
Della Thompson-Bell
Deputy City Attorney
Attorneys for Defendant
ADAM RIOS

Dated: November 5, 2019

MATTHEW CARROLL

By: _____
Matthew Carroll, In Pro Se
Plaintiff

**PROOF OF SERVICE**
*Matthew Carroll v. Adam Rios, et al.*
*USDC 2:18-cv-02799-MWF (MAA)*

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

SS

    I am employed in the county of Los Angeles, State of California. I, the undersigned, declare that I am over 18 years of age and not a party to the within cause. My business address is 3031 Torrance Boulevard, Torrance, California 90503. On this date, I served the attached document described as:

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**

    on the person(s) identified below, by placing a true copy thereof in a sealed envelope addressed to the following:

Matthew Carroll
4528 W. 160th Street
Lawndale, CA 90260

    By the following means:

    (**X**) **MAIL**: I am "readily familiar" with the City's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage placed thereon, fully pre-paid at Torrance, California in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.
    ( ) **PERSONAL SERVICE:** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered by hand to the addressee(s) shown above.
    ( ) **FEDERAL EXPRESS:** I caused such envelope to be delivered to Federal Express for overnight courier service to the mailing address of the addressee(s).
    ( ) **BY FACSIMILE:** By transmitting a true copy(ies) thereof by facsimile from facsimile number (310) 618-5813 to the interested party(ies) to said action at the facsimile number (s) shown above.
    ( ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
    (**X**) **FEDERAL:** I declare that I am employed in the office a member of the bar of this court at whose direction the service was made.

    I certify under penalty of perjury that the foregoing is true and correct.

    Executed on November 5, 2019, at Torrance, California.

_____
*J. CORONA*